IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2007 FEB -8  P 12: 39

| | |
|---|---|
| JOHNNY LIGON AND<br>JOAN D. LIGON | )<br>)<br>)<br>) |
| v. | ) Case No.CV206-54<br>)<br>) |
| HONEYWELL INTERNATIONAL, INC.<br>*formerly known as* ALLIEDSIGNAL, INC., and<br>*formerly known as* ALLIED CHEMICAL<br>CORPORATION | )<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Judgment on the Pleading , #7.

SO ORDERED, this 8th day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA